IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CURTIS ALEXANDER MOHAMMED,**

    **Plaintiff,**
v.                                                    **Case No.  4:19cv466-MW/MAF**

**LT. ERICA BELLAMY,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order."  The Clerk shall also close the file.

**SO ORDERED on April 27, 2020.**

                                                                           s/Mark E. Walker      
                                                            **Chief United States District Judge**